UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN ONCAY and
RAYMOND ONCAY, her husband,

                Plaintiffs,

-against-

INFLASAFE USA, INC. d/b/a US AIRBAG;
BOUNCE BACK, LLC d/b/a US AIRBAG;
US AIRBAG, LLC; RUFUS CASEY; SEEKJOY
PRODUCTIONS, LLC, d/b/a US AIRBAG; and
GREAT AIR, INC., d/b/a N-FLATABLES,

                Defendants.

**APPLICATION FOR TRANSFER OF ACTION**
1:19-cv-08765-LGS

Plaintiffs, and defendant Great Air, Inc., d/b/a N-Flatables (the only defendant having been served and appearing in this action at this time) in the above entitled action, by and through their respective attorneys, request that this Court issue an Order changing the venue of this action from the Southern District of New York to the Northern District of New York based upon the consent and stipulation of the appearing parties. A copy of the Stipulation to Transfer Venue dated November 14, 2019 is attached to this application.

Dated: November 14, 2019

Jason R. Ohliger, Esq.
Bar Roll No. JO6679
Weinstein, Zimmerman & Ohliger
Attorneys for Plaintiffs
410 Broad Street
Milford, PA 183378

Erin Mead, Esq.
Bar Roll No. EG01214
Thorn Gershon Tymann & Bonanni, LLP
Attorneys for Defendant:
Great Air, Inc., d/b/a N-Flatables
5 Wembley Court, New Karner Road
Albany, New York 12212-5054

So Ordered.

Dated: November 15, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KAREN ONCAY and
RAYMOND ONCAY, her husband,

                         Plaintiffs,

-against-                          **STIPULATION TO TRANSFER VENUE**
                                                                1:19-cv-08765-LGS

INFLASAFE USA, INC. d/b/a US AIRBAG;
BOUNCE BACK, LLC d/b/a US AIRBAG;
US AIRBAG, LLC; RUFUS CASEY; SEEKJOY
PRODUCTIONS, LLC, d/b/a US AIRBAG; and
GREAT AIR, INC., d/b/a N-FLATABLES,

                         Defendants.
_____

      Pursuant to 28 USCA § 1404, it is hereby stipulated by and between the appearing parties to this action, and they consent and agree that the Northern District of New York is the appropriate venue for this action as the incident giving rise to this action occurred in the Northern District of New York and that the Southern District of New York where the action is currently pending is an improper venue, this case shall be transferred from the Southern District of New York to the Northern District of New York.

      At the time this Stipulation is being entered into, defendants Inflasafe USA, Inc. d/b/a US Airbag, Bounce Back, LLC d/b/a US Airbag, US Airbag, LLC, Rufus Casey, and Seekjoy Productions, LLC, d/b/a US Airbag have not yet been served with the Summons and Complaint.

Dated: November 14, 2019

_____
Jason R. Ohliger, Esq.
Bar Roll No. JO6679
Weinstein, Zimmerman & Ohliger
Attorneys for Plaintiffs
410 Broad Street
Milford, PA 183378

_____
Erin Mead, Esq.
Bar Roll No. EG01214
Thorn Gershon Tymann & Bonanni, LLP
Attorneys for Defendant:
Great Air, Inc., d/b/a N-Flatables
5 Wembley Court, New Karner Road
Albany, New York 12212-5054

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN ONCAY and RAYMOND ONCAY, her husband,

            **Plaintiffs,**

-against-

**CERTIFICATE OF SERVICE**
1:19-cv-08765-LGS

INFLASAFE USA, INC. d/b/a US AIRBAG;
BOUNCE BACK, LLC d/b/a US AIRBAG, LLC;
RUFUS CASEY; SEEKJOY PRODUCTIONS, LLC
d/b/a US AIRBAG; and GREAT AIR, INC.
d/b/a N-FLATABLES,

            **Defendants.**

STATE OF NEW YORK)
                   ) SS:
COUNTY OF ALBANY)

Elizabeth, being duly sworn, deposes and states that she is over the age of 18 years; that she served the within Application for Transfer of Action and Stipulation to Transfer Venue upon the following attorneys at the following time and places in the following manner on November 14, 2019 via the Court e-filing system:

        Weinstein, ZImmerman & Ohliger
        Jason R. Ohliger, Esq.
        410 Broad Street
        Milford, PA 18337
        (570) 296-7300

                                        _____
                                        Elizabeth Weichsel

Sworn to before me this
14th day of November, 2019

_____
Notary Public

CAROL A. D'ELISIIS
Notary Public, State of New York
No. 01DE5049195
Qualified in Schenectady County
Commission Expires September 11, 2021